IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

| | |
|---|---|
| **SNC-LAVALIN CONSTRUCTORS, INC.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 8:19-cv-00873-GJH |
| v. ) | |
| ) | |
| **TOKIO MARINE KILN INSURANCE** ) | |
| **LIMITED** ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of Richard J. Medoff of Semmes, Bowen & Semmes as additional counsel for Defendant, Tokio Marine Kiln Insurance Limited.

Respectfully submitted,

*/s/ Richard J. Medoff*
Richard J. Medoff (Fed. Bar # 19608)
Robert L. Hebb (Fed. Bar # 23425)
Semmes, Bowen & Semmes
25 S. Charles Street, Suite 1400
Baltimore, MD 21201
Telephone: 410.576.5040
Facsimile: 410.529.5223
rhebb@semmes.com
rmedoff@semmes.com
*Counsel for Defendant,*
*Tokio Marine Kiln Insurance Limited*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that this 19th day of June, 2019, the foregoing Notice of Appearance was electronically filed and served *via* the CM-ECF Filing System upon:

Brent M. Ahalt, Esq.
Matthew G. Sawyer, Esq.
McNamee, Hosea, Jernigan, Kim,
  Greenan & Lynch, P.A.
6411 Ivy Lane, Ste. 200
Greenbelt, MD 20770
*Counsel for Plaintiff*

                                                */s/ Richard J. Medoff*
                                                Richard J. Medoff (Fed. Bar # 19608)

B2171323.DOCX